WILMER ET AL. *v.* THE STATE, EX REL. WAYNE TOWNSHIP.

From the Bartholomew Circuit Court.

*F. T. Hord,* for appellants.

*S. Stansifer,* for appellee.

PETTIT, J.—This case in all legal respects is the same as *The State, ex rel., Vincennes, Township,* v. *Grammer,* 29 Ind. 530, and the case of *The State, ex rel. Wayne Township,* v. *Prather, post,* p. 287.

The counsel on both sides have furnished us with learned, able, and labored printed briefs, but our minds have not undergone any change as to the correctness of the rulings in the cases above cited.

The judgment is affirmed, at the costs of the appellants.

*Petition for a rehearing overruled.*